# PD-1218-15

IN THE COURT OF CRIMINAL APPEALS OF TEXAS

RECEIVED IN
COURT OF CRIMINAL APPEALS

SEP 16 2015

Abel Acosta, Clerk

| | | |
|---|---|---|
| MARIO BALLESTEROS CAMPOS, APPELLANT, | § § | IN THE 47TH JUDICAL |
| | § | DISTRICT COURT |
| V. | § | |
| THE STATE OF TEXAS, APPELLEE, | § § | RANDALL COUNTY, TEXAS |

FILED IN
COURT OF CRIMINAL APPEALS

SEP 18 2015

Abel Acosta, Clerk

MOTION TO SUSPEND RULE 9.3 (b)

TO THE HONORABLE COURT OF CRIMINAL APPEALS:

Mario B. Campos, appellant in this action, respectfully ask the court to suspend Rule 9.3(b), which requires him to file Eleven copies of his (PDR), and allow his to file only the original, and in support will show the following thereof:

1). Appellant is on appeal in Cause No.07-13-00264-CR, from the Seventh Court of Appeals Of Texas.

2). Appellant is Appealing a conviction from the 47th District Court, Cause No. 22,949-A.

3). Appellant has no way of providing the eleven copies, and does not have access to a copier machine, and respectfully ask the court to allow him to file only one copy.

WHEREFORE PREMISES CONSIDERED, appellant ask this court to grant this motion and allow him to sent only the original petition.

RESPECTFULLY SUBMITTED

*Mario B. Campos 9-10-15*

INMATE DECLARATION

I, Mario B. Campos , being presently incarcerated in the Texas Department of Criminal Justice, Polk County, declare under penalty of perjury that the claims made in this motion are true and correct. SIGNED AND SWORN TO THIS DAY THE 10TH OF SEPTEMBER 2015.

*Mario B. Campos 9-10-15*

(1)

CERTIFICATE OF SERVICE

I, CERTIFY THAT A TRUE AND CORRECT COPY OF THE FOREGOING MOTION HAS BEEN SENT BY FIRST CLASS U.S. MAIL TO THE SEVENTH COURT OF APPEALS ON THIS THE 10TH DAY OF SEPTEMBER 2015.

Mario B. Campos 9-10-15

MARIO BALLESTEROS CAMPOS
ALLEN POLUNSKY UNIT
3872 FM 350 SOUTH
LIVINGSTON, TEXAS 77351